IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAN CURRAN, DELAWARE ADAPT, FREEDOM CENTER FOR INDEPENDENT LIVING, UNITED SPINAL ASSOCIATION, NATIONAL COUNCIL ON INDEPENDENT LIVING, NOT DEAD YET, and INSTITUTE FOR PATIENTS' RIGHTS,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>THE HONORABLE MATTHEW MEYER, in his official capacity as Governor of the State of Delaware, DELAWARE DEPARTMENT OF HEALTH AND SOCIAL SERVICES, THE HONORABLE CHRISTEN LINKE YOUNG, in her official capacity as Secretary of Delaware Department of Health and Social Services, DELAWARE BOARD OF MEDICAL LICENSURE AND DISCIPLINE, JOSEPH PARISE, D.O. in his official capacity as President of the Delaware Board of Medical Licensure and Discipline, DELAWARE BOARD OF NURSING, and JACQUELINE MAINWARING, CRNA, APRN in her official capacity as President of the Delaware Board of Nursing,<br><br>    *Defendants*. | C.A. No. _____ |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Sean Curran, Delaware ADAPT, Freedom Center For Independent Living, United Spinal Association, National Council on Independent Living, Not Dead Yet, and Institute For Patients' Rights (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 65, for the entry of a Temporary Restraining Order in the form submitted herewith, enjoining Defendants Governor Matthew Meyer, the

Delaware Department of Health and Human Services, Secretary Christen Linke Young, the Delaware Board of Medical Licensure and Discipline, Joseph Parise, D.O. the Delaware Board of Nursing, and Jacqueline Mainwaring, CRNA, APRN from further implementing and enforcing Delaware's End of Life Options Act, 16 *Del. C.* § 2501C, *et seq.* The grounds for Plaintiffs' motion are more fully outlined in Plaintiffs' Opening Brief in Support of Their Motion for Temporary Restraining Order, which is filed concurrently herewith.

Date: December 8, 2025

| | |
|---|---|
| *Of Counsel:* | **HALLORAN FARKAS + KITTILA LLP** |
| Ernest J. Galvan* | */s/ Theodore A. Kittila* |
| Michael W. Bien* | Theodore A. Kittila (Bar No. 3963) |
| **ROSEN BIEN GALVAN & GRUNFELD LLP** | William E. Green, Jr. (Bar No. 4864) |
| 101 Mission Street, Sixth Floor | 5722 Kennett Pike |
| San Francisco, CA 94105 | Wilmington, Delaware 19807 |
| Tel: (415) 433-6830 | Phone: (302) 257-2025 |
| Fax: (415) 433-7104 | Fax: (302) 257-2019 |
| Email: egalvan@rbgg.com | Email: tk@hfk.law | wg@hfk.law |
| mbien@rbgg.com | |
| | *Counsel for Plaintiffs* |
| *Motion *pro hac vice* forthcoming | |