IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAN CURRAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE HONORABLE MATTHEW MEYER, in his official capacity as Governor of the State of Delaware, *et al.*, <br><br> Defendants. | Civil Action No. 25-1475-GBW |

## ORDER

AND NOW, this 30th day of December 2025, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED** for lack of jurisdiction due to Plaintiffs' lack of standing.

2. Plaintiffs Sean Curran, Delaware ADAPT, Freedom Center for Independent Living, United Spinal Association, National Council on Independent Living, Not Dead Yet, and Institute For Patients' Rights Motion for Temporary Restraining Order (D.I. 3) is **DENIED**.

3. Susan Boyce, Vickie George, and Compassion & Choices Action Network's Motion to Intervene as Defendants and Defer Response to the Complaint (D.I. 38) is **DENIED AS MOOT**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE